# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROSEBUD LMS, INC. | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CA No. 1:17-cv-01712-GMS |
| | ) |
| SALESFORCE.COM, INC. | ) **JURY TRIAL DEMANDED** |
| | ) |
| Defendant. | ) |

**DECLARATION OF ARLEN PAPAZIAN IN SUPPORT OF PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION TO TRANSFER VENUE TO THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA**

I, Arlen Papazian, declare as follows.

1. I am an associate attorney at DimuroGinsberg, P.C., attorney for plaintiff. Unless otherwise indicated, I submit this declaration based on my personal knowledge of the facts set forth herein. I am over the age of 18. I am competent to testify, and if called upon to do so, would and could testify to the statements contained herein.

2. According to the official website of Salesforce.com, Inc. ("Salesforce"), Salesforce has fifty-one global offices around the world, sixteen of which are located in the United States.[1] Of Salesforce's sixteen US offices, two are located in New York, New York, one is located in Herndon, Virginia, and one is located in Boston, Massachusetts.[2]

---

[1] https://www.salesforce.com/company/locations/, "About Us, Global Offices" (last visited Apr. 16, 2018).
[2] *Id.*

3.      According to Google Maps, the distance from Fort Lauderdale, Florida, to Wilmington, Delaware, is approximately 1,141 miles;[3] a flight to the nearest airport in Philadelphia, Pennsylvania, takes about two hours and forty-five minutes.[4] The distance from Fort Lauderdale to San Francisco, California, is approximately 3,015 miles;[5] a flight between the two takes at least six hours and twenty minutes.[6] The distance from Madison, Wisconsin, to Wilmington is approximately 898 miles;[7] a flight between the two takes at least two hours and fifteen minutes.[8] The distance from Madison to San Francisco is approximately 2,090 miles;[9] a

---

[3] https://www.google.com/maps/dir/Fort+Lauderdale,+Florida/Wilmington,+DE/@32.9304519,-78.6130515,5z/data=!3m1!4b1!4m14!4m13!1m5!1m1!1s0x88d9012720facaf5:0x7602be7540bf8ebe!2m2!1d-80.1373174!2d26.1224386!1m5!1m1!1s0x89c70f185c46af6f:0x8516da5077308c00!2m2!1d-75.5397878!2d39.7390721!3e0?hl=en&authuser=0

[4] https://www.google.com/maps/dir/Fort+Lauderdale,+Florida/Wilmington,+DE/@32.9307553,-77.8385526,5z/data=!3m1!4b1!4m14!4m13!1m5!1m1!1s0x88d9012720facaf5:0x7602be7540bf8ebe!2m2!1d-80.1373174!2d26.1224386!1m5!1m1!1s0x89c70f185c46af6f:0x8516da5077308c00!2m2!1d-75.5397878!2d39.7390721!3e4?hl=en&authuser=0

[5] https://www.google.com/maps/dir/Fort+Lauderdale,+Florida/San+Francisco,+CA/@33.9556619,-101.2430446,4z/data=!3m1!4b1!4m14!4m13!1m5!1m1!1s0x88d9012720facaf5:0x7602be7540bf8ebe!2m2!1d-80.1373174!2d26.1224386!1m5!1m1!1s0x80859a6d00690021:0x4a501367f076adff!2m2!1d-122.4194155!2d37.7749295!3e0?hl=en&authuser=0

[6] https://www.google.com/maps/dir/Fort+Lauderdale,+Florida/San+Francisco,+CA/@31.9486841,-101.2783664,4z/data=!3m1!4b1!4m14!4m13!1m5!1m1!1s0x88d9012720facaf5:0x7602be7540bf8ebe!2m2!1d-80.1373174!2d26.1224386!1m5!1m1!1s0x80859a6d00690021:0x4a501367f076adff!2m2!1d-122.4194155!2d37.7749295!3e4?hl=en&authuser=0

[7] https://www.google.com/maps/dir/Madison,+WI/Wilmington,+DE/@41.4015338,-82.4701002,6z/data=!3m1!4b1!4m14!4m13!1m5!1m1!1s0x8806536d3a2019ff:0x4e0cfcb5ba484198!2m2!1d-89.4012302!2d43.0730517!1m5!1m1!1s0x89c70f185c46af6f:0x8516da5077308c00!2m2!1d-75.5397878!2d39.7390721!3e0?hl=en&authuser=0

[8] https://www.google.com/maps/dir/Madison,+WI/Wilmington,+DE/@41.4060619,-82.470509,6z/data=!3m1!4b1!4m14!4m13!1m5!1m1!1s0x8806536d3a2019ff:0x4e0cfcb5ba484198!2m2!1d-

flight between the two takes at least five hours and forty minutes.[10] The distance from St. John's, Newfoundland and Labrador, Canada, to Wilmington is approximately 1,794 miles;[11] a flight between the two takes about five and a half hours.[12] The distance from St. John's to San Francisco is approximately 4, 544 miles;[13] and a flight between the two takes at least ten hours and ten minutes.[14]

---

89.4012302!2d43.0730517!1m5!1m1!1s0x89c70f185c46af6f:0x8516da5077308c00!2m2!1d-75.5397878!2d39.7390721!3e4?hl=en&authuser=0

[9] https://www.google.com/maps/dir/Madison,+WI/San+Francisco,+California/@40.9454682,-105.8508764,4z/data=!3m1!4b1!4m14!4m13!1m5!1m1!1s0x8806536d3a2019ff:0x4e0cfcb5ba484198!2m2!1d-89.4012302!2d43.0730517!1m5!1m1!1s0x80859a6d00690021:0x4a501367f076adff!2m2!1d-122.4194155!2d37.7749295!3e0?hl=en&authuser=0

[10] https://www.google.com/maps/dir/Madison,+WI/San+Francisco,+California/@40.4239906,-105.9103228,4z/data=!3m1!4b1!4m14!4m13!1m5!1m1!1s0x8806536d3a2019ff:0x4e0cfcb5ba484198!2m2!1d-89.4012302!2d43.0730517!1m5!1m1!1s0x80859a6d00690021:0x4a501367f076adff!2m2!1d-122.4194155!2d37.7749295!3e4?hl=en&authuser=0

[11] https://www.google.com/maps/dir/Wilmington,+DE/St.+John's,+NL,+Canada/@44.5817124,-64.1518484,5z/data=!3m1!4b1!4m14!4m13!1m5!1m1!1s0x89c70f185c46af6f:0x8516da5077308c00!2m2!1d-75.5397878!2d39.7390721!1m5!1m1!1s0x4b0ca38e6b0aa261:0x9e1fd4001f12261f!2m2!1d-52.7125768!2d47.5615096!3e0?hl=en&authuser=0

[12] https://www.google.com/maps/dir/St.+John's,+NL,+Canada/Wilmington,+DE/@43.6502909,-64.1261823,5z/data=!3m1!4b1!4m14!4m13!1m5!1m1!1s0x4b0ca38e6b0aa261:0x9e1fd4001f12261f!2m2!1d-52.7125768!2d47.5615096!1m5!1m1!1s0x89c70f185c46af6f:0x8516da5077308c00!2m2!1d-75.5397878!2d39.7390721!3e4?hl=en&authuser=0

[13] https://www.google.com/maps/dir/San+Francisco,+CA/St.+John's,+NL,+Canada/@43.6266977,-87.5655985,3z/data=!3m1!4b1!4m14!4m13!1m5!1m1!1s0x80859a6d00690021:0x4a501367f076adff!2m2!1d-122.4194155!2d37.7749295!1m5!1m1!1s0x4b0ca38e6b0aa261:0x9e1fd4001f12261f!2m2!1d-52.7125768!2d47.5615096!3e0?hl=en&authuser=0

[14] https://www.google.com/maps/dir/St.+John's,+NL,+Canada/San+Francisco,+CA/@42.6682195,-87.5659961,3z/data=!3m1!4b1!4m14!4m13!1m5!1m1!1s0x4b0ca38e6b0aa261:0x9e1fd4001f12261f!2m2!1d-52.7125768!2d47.5615096!1m5!1m1!1s0x80859a6d00690021:0x4a501367f076adff!2m2!1d-122.4194155!2d37.7749295!3e4?hl=en&authuser=0

4. According to the records of the State of Delaware, Division of Corporations, official website, Atlassian, Facebook, Google, and Docusign are all corporations incorporated under the laws of the State of Delaware. State of Delaware, Department of State, Division of Corporations.[15]

5. Based on records from the CM/EMF Pacer system for the District Court for the District of Delaware, Salesforce, Facebook, Google, and Docusign have each appeared as a party or is currently appearing as a party to one or more suits before the District of Delaware.[16]

I declare under penalty of perjury that the foregoing statements are true and correct to the best of my understanding and belief.

Date:  April 19, 2018

Arlen Papazian

---

[15] https://icis.corp.delaware.gov/Ecorp/EntitySearch/NameSearch.aspx, "Entity Search" (last visited Apr. 19, 2018)

[16] Official Court Electronic Document Filing System, U.S. District Court, District of Delaware, https://ecf.ded.uscourts.gov/cgi-bin/login.pl (last visited Apr. 19, 2018); Party Search results for "Salesforce," https://ecf.ded.uscourts.gov/cgi-bin/iquery.pl?696136368591803-L_1_0-1; Party Search "Facebook," https://ecf.ded.uscourts.gov/cgi-bin/iquery.pl?89194196910499-L_1_0-1; Party Search results for "Google," https://ecf.ded.uscourts.gov/cgi-bin/iquery.pl?989163225005319-L_1_0-1; Party Search results for "Docusign," https://ecf.ded.uscourts.gov/cgi-bin/iquery.pl?518124267024806-L_1_0-1.